UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

ST. MARYS CEMENT U.S. LLC, : 26-cv-4828 (SHS)

Plaintiff, : ORDER

-against- :

JAAM CONCRETE CORP. d/b/a Champion Concrete Corp., and MATTHEW P. VISCONTI, III, :

:

Defendants.

---x

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of the statement by defendants' counsel that "defendants do not intend to file an answer in this action and will not oppose plaintiff's anticipated motion for a default judgment" (ECF Doc. No. 15). Accordingly,

IT IS HEREBY ORDERED that:

1. The initial pretrial conference scheduled for August 25, 2026, is adjourned *sine die;*

2. Plaintiff is directed to comply with Rule 4 of this Court's Individual Practices regarding applications for entry of default judgment; and

3. Plaintiff is directed to seek entry of a default judgment pursuant to that Rule and Fed. R. Civ. P. 55(b)(2) and Local Civil Rule 55.2(b) on or before September 11, 2026.

Dated: New York, New York
August 24, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.