UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ST. MARYS CEMENT U.S. LLC,<br><br>Plaintiff,<br>v.<br><br>JAAM CONCRETE CORP. d/b/a CHAMPION CONCRETE CORP., and MATTHEW P. VISCONTI III,<br><br>Defendants. | Case No. 1:26-cv-4828 (SHS)<br><br>DEFAULT JUDGMENT |

This action having been commenced on June 8, 2026, by the filing of the complaint (ECF No. 1); the summons and complaint having been duly served on defendant JAAM Concrete Corp. d/b/a Champion Concrete Corp. ("Champion") on June 11, 2026 and June 29, 2026, with proof of service filed on June 18, 2026 (ECF No. 8) and July 2, 2026 (ECF No. 10), and on defendant Matthew P. Visconti III ("Visconti") on June 25, 2026, with proof of service filed on June 30, 2026 (ECF No. 9); Defendants having failed to answer or otherwise respond to the complaint within the time extended by the Court's order (ECF No. 13), and having confirmed through counsel that they would not answer or oppose this motion (ECF No. 15); the Court having directed Plaintiff, by order entered August 24, 2026, to seek entry of a default judgment on or before September 11, 2026 (ECF No. 16); the Clerk of Court having entered a Certificate of Default as to both Defendants on September 4, 2026 (ECF No. 21); and the Court having considered Plaintiff's motion for a default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2, and the declarations and exhibits submitted in support thereof; it is hereby

ORDERED, ADJUDGED, AND DECREED that plaintiff St. Marys Cement U.S. LLC shall have judgment against defendants Champion and Visconti, jointly and severally, in

the principal amount of $556,780.04, together with prejudgment interest thereon at the contractual rate of 18% per annum from December 26, 2025, the midpoint of when the outstanding invoices were due, through the date of entry of this Judgment, in the amount of $[ 73,037.34 ] (accruing at approximately $[ 274.58 ] per day), for a total judgment of $[ 629,817.38 ]; and it is further

ORDERED that post-judgment interest shall accrue on the total judgment amount at the rate provided by 28 U.S.C. § 1961 from the date of entry of this Judgment until the date of payment.

Dated: New York, New York

[ September 18 ], 2026

SO ORDERED:

Sidney H. Stein

SIDNEY H. STEIN
United States District Judge